**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANNA PHIFER** **PLAINTIFF**

**v.** **No. 4:24-cv-00962-LPR**

**FIS MANAGEMENT SERVICES LLC** **DEFENDANT**

# JUDGMENT

Consistent with the Order that was entered today, and the Order that was entered on October 8, 2026, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered on behalf of FIS Management Services LLC with respect to (1) all of Plaintiff's claims to the extent those claims are based on failure-to-promote theory, and (2) all retaliation claims. The other claims brought in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE